IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROCKWALL RMKP D/B/A HAMPTON INN DALLAS, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:16-CV-0719-D |
| VS. | § § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, et al., | § § § | |
| Defendants. | § | |

## ORDER

The parties' March 30, 2016 joint motion to remand is granted, and this civil action is remanded to the 382nd Judicial District Court of Rockwall County, Texas. The clerk shall effect the remand according to the usual procedure.

**SO ORDERED**.

March 30, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE